**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-23025-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Marcella S. Conocchia
P.O. Box 517
151 Conocchia Lane
Harwick PA 15049

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 16: U.S. Bank National Assoc., as Trustee, c/o JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219

Name and Address of Transferee:

U.S. Bank, National Association, as Tru
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/14/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marcella S. Conocchia  
    Debtor  

Case No. 13-23025-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: May 12, 2017  
                  Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.  
14089070      +U.S. Bank National Assoc., as Trustee,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al... bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
       Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al... bkgroup@kmllawgroup.com  
       Mary Bower Sheats    on behalf of Debtor Marcella S. Conocchia mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Sherri J. Braunstein    on behalf of Creditor    Bank of the West sbraunstein@udren.com, vbarber@udren.com  
       Stuart P. Winneg    on behalf of Creditor    Bank of the West swinneg@udren.com, cblack@udren.com  
                        TOTAL: 9