Certificate Number: 15317-PAW-DE-031360276

Bankruptcy Case Number: 13-23025



15317-PAW-DE-031360276

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 23, 2018</u>, at <u>5:26</u> o'clock <u>AM PDT</u>, <u>Marcella Conocchia</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>July 23, 2018</u>          By:    <u>/s/Rose Benito</u>

Name:  <u>Rose Benito</u>

Title:   <u>Counselor</u>