**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/25/2018

IN RE:

MARCELLA S. CONOCCHIA                         Case No.13-23025 JAD
P.O. BOX 517
151 CONOCCHIA LANE                            Chapter 13
HARWICK,  PA  15049
XXX-XX-3435          Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/25/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BANK OF THE WEST** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 2527 CAMINO RAMON | Court Claim Number:6-2 | ACCOUNT NO.:  3943 |
| | CLAIM:  0.00 | |
| SAN RAMON, CA  94583 | COMMENT:  RS/DOE*SURR/PL*CL=26472.20*AMD | |

| | | |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SERVICING* | Court Claim Number:16 | ACCOUNT NO.:  7213 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  PD@CLOSING/PL*REVERSE MTG/PL@CHASE*52545.54/CL*DK*FILED AFTER BAR* | |

| | | |
|---|---|---|
| **CLUB WYNDHAM PLUS** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| POB 98940 | Court Claim Number: | ACCOUNT NO.:  4077 |
| | CLAIM:  0.00 | |
| LAS VEGAS, NV  89193-8940 | COMMENT:  00201104077*SURR/PL*NT ADR/SCH*DKT | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:3 | ACCOUNT NO.:  1885 |
| PO BOX 7317 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  PD@CLOSING/PL*53679.91/CL-PL*DKT | |

| | | |
|---|---|---|
| **KEYSTONE MUNIC COLLECTIONS** NOW KEYS** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 546 WENDEL RD | Court Claim Number: | ACCOUNT NO.:  K142 |
| | CLAIM:  0.00 | |
| IRWIN, PA  15642 | COMMENT:  841K142*RS/DOE*SURR/PL*SD BORO?/SCH*SEE CIDS 40,41*DK | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:2 | ACCOUNT NO.:  1885 |
| STRAWBERRY SQ | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17128 | COMMENT:  PD@CLOSING/PL*4566.15/CL-PL*DKT | |

| | | |
|---|---|---|
| **PERITUS PORTFOLIO SERVICES*** | Trustee Claim Number:7   INT %: 21.00% | CRED DESC:  VEHICLE |
| PO BOX 141419 | Court Claim Number:1 | ACCOUNT NO.:  7633 |
| | CLAIM:  8,398.92 | |
| IRVING, TX  75014-1419 | COMMENT:  $CL-PL@21%MDF/PL*FR SANTANDER-DOC 82 | |

| | | |
|---|---|---|
| **WYNDHAM VACATION RESORTS++** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 5259 COCONUT CREEK PKWY | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MARGATE, FL  33063 | COMMENT:  SURR/PL*NT ADR~TIME SHARE/SCH | |

| | | |
|---|---|---|
| **AFNI++** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 404 BROCK DR | Court Claim Number: | ACCOUNT NO.:  9239666 |
| POB 3517 | | |
| | CLAIM:  0.00 | |
| BLOOMINGTON, IL  61702-3517 | COMMENT: | |

| | | |
|---|---|---|
| **ALLE KISKI MEDICAL CENTER** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 951871 | Court Claim Number: | ACCOUNT NO.:  49679871 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44193-0020 | COMMENT: | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ALLEGHENY VALLEY HOSPITAL**<br>1300 CARLISLE STREET<br><br>NATRONA HEIGHTS, PA 15065 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 52023488 |
| **ALLEGHENY VALLEY HOSPITAL**<br>1300 CARLISLE STREET<br><br>NATRONA HEIGHTS, PA 15065 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 54272406 |
| **ALLEGHENY VALLEY HOSPITAL**<br>1300 CARLISLE STREET<br><br>NATRONA HEIGHTS, PA 15065 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 54454863 |
| **AR RESOURCES INC**<br>POB 1056<br><br>BLUE BELL, PA 19422 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 00023238387 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 551.63<br>COMMENT: NRTH STR CPTL~CAPITAL ONE BANK*STALE*TEE OBJ/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1027 |
| **CHARLES B JARVIE FUNERAL HOME**<br>801 PITTSBURGH ST<br><br>SPRINGDALE, PA 15144 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FORMAN HOLT ELIADES RAVIN AND YOUNGMA**<br>80 ROUTE 4 EAST STE 290<br><br>PARAMUS, NJ 07652 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL 60197 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 548889750975O9685 |
| **JSO ASSOCIATES**<br>5620 SOUTHWYCKK BLVD<br><br>TOLEDO, OH 43614 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 036819845 |
| **MAHESH K VARINDANI MD**<br>211 N WHITFIELD ST SUITE 685<br><br>PITTSBURGH, PA 15206 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 25294 |

| | | |
|---|---|---|
| **MEDICREDIT CORP** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 7206 | Court Claim Number: | ACCOUNT NO.: 10955587 |
| | CLAIM: 0.00 | |
| COLUMBIA, MO 65205 | COMMENT: NT ADR~ST MARGARET/SCH | |

| | | |
|---|---|---|
| **MOUNT AIRY CEMETERY** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2800 OLD FREEPORT RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| NATRONIA HEIGHTS, PA 15065 | COMMENT: | |

| | | |
|---|---|---|
| **NCO FINANCIAL SYSTEMS INC**++** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 17116 | Court Claim Number: | ACCOUNT NO.: 15997006 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **PARTNERS IN NEPHROLOGY** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5171 LIBERTY AVE | Court Claim Number: | ACCOUNT NO.: 504090 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15224 | COMMENT: | |

| | | |
|---|---|---|
| **POLAM AND ASSOCIATES** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1111 LOWERY AVE BLDG A | Court Claim Number: | ACCOUNT NO.: 577940 |
| | CLAIM: 0.00 | |
| JEANNETTE, PA 15644-3063 | COMMENT: | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number: | ACCOUNT NO.: 4388841 |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: CITIZENS BANK/SCH | |

| | | |
|---|---|---|
| **SPARTAN FINANCIAL SERVICE** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 13730 S POINT BLVD STE B | Court Claim Number: | ACCOUNT NO.: 10051411 |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC 28273 | COMMENT: UPMC/SCH | |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: 2352068 |
| PO BOX 6250 | | |
| | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: NT ADR~UPMC ST MARGARET/SCH | |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: 22749927 |
| PO BOX 6250 | | |
| | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: UPMC MERCY/SCH | |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: 22749927 |
| PO BOX 6250 | | |
| | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: NT ADR~UPMC/SCH | |

| Creditor | Trustee Claim | Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **UPMC-ST MARGARET(*)**<br>PO BOX 371601<br><br>PITTSBURGH, PA  15251-7601 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2006042625010001 |
| **WELTMAN WEINBERG & REIS CO LPA**<br>323 LAKESIDE AVE W STE 200<br><br>CLEVELAND, OH  44113-1099 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WEST PENN ALLEGHENY HEALTH SYSTEM**<br>/SCCSR ALLEG GENL HOSPITAL<br>320 E NORTH AVE<br>PITTSBURGH, PA  15212 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 730497A2734 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 3,287.77<br>COMMENT: NO PRI/SCH*$/CL-PL*DKT | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1885 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 636.45<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1885 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 11,280.24<br>COMMENT: NO PRI/SCH*$/CL-PL*NO PRI/SCH*DKT | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1885 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,368.11<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1885 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: 841K142*RS/DOE*SURR/PL*1455.46/CL*09-13*NT/SCH*W/39 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K142 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: K142*RS/DOE*SURR/PL*673.12/CL*09-13*NON INT*NT/SCH*W/38 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K142 |
| **EAST DEER TOWNSHIP (RE)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: 841K142*RS/DOE*5264.57/CL*SCH@CID5?*SURR/PL*01-12*NO%/FACE*DK | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K142 |

| DEER LAKES SD (E DEER TWP) (RE) | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:4 | ACCOUNT NO.:  K142 |
| 546 WENDEL RD | | |
| | CLAIM:  0.00 | |
| IRWIN, PA  15642 | COMMENT:  841K142*RS/DOE*11674.43/CL*SCH@CID5?*SURR/PL*07-12*NO%/FACE*DK | |

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:7 | ACCOUNT NO.:  9553 |
| | CLAIM:  2,536.38 | |
| CHICAGO, IL  60677-2813 | COMMENT:  NT/SCH*INTRNTNL CLLCTN SVCS~RADIO SHACK*3036189849*STALE*TEE OBJ/CL | |

| LVNV FUNDING LLC, ASSIGNEE | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:9 | ACCOUNT NO.:  6381 |
| POB 10587 | | |
| | CLAIM:  409.67 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*ARROW FNCL~FRST PRMR BNK*STALE*TEE OBJ/CL | |

| LVNV FUNDING LLC, ASSIGNEE | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.:  3053 |
| POB 10587 | | |
| | CLAIM:  1,376.85 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CVF CNSMR ACQ~CREDIT STORE*STALE*TEE OBJ/CL | |

| LVNV FUNDING LLC, ASSIGNEE | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:11 | ACCOUNT NO.:  9489 |
| POB 10587 | | |
| | CLAIM:  3,500.11 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CVF CNSMR ACQ~MBNA*STALE*TEE OBJ/CL | |

| LVNV FUNDING LLC, ASSIGNEE | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:12 | ACCOUNT NO.:  9539 |
| POB 10587 | | |
| | CLAIM:  6,008.52 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CVF CNSMR ACQ~DISCOVER BANK*STALE*TEE OBJ/CL | |

| SPRINGDALE TOWNSHIP (EIT) | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| C/O KEYSTONE CLLCTNS GRP - DLNQ YRS | Court Claim Number:15 | ACCOUNT NO.:  1885 |
| 546 WENDEL RD | | |
| | CLAIM:  336.26 | |
| IRWIN, PA  15642 | COMMENT:  NT/SCH-PL*2010-2011*LATE CL*2B PD/PAP | |

| ALLEGHENY VALLEY SD (SPRINGDALE TWP) (E | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| C/O KEYSTONE MUNIC CLLCTNS - DLNQ YRS | Court Claim Number:14 | ACCOUNT NO.:  1885 |
| 546 WENDEL RD | | |
| | CLAIM:  336.26 | |
| IRWIN, PA  15642 | COMMENT:  NT/SCH-PL*2010-2011*LATE CL*2B PD/PAP | |

| ANDREW F GORNALL ESQ | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  US BANK NATL ASSOC/PRAE | |