IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Marcella S. Conocchia<br>   Debtor<br><br>Marcella S. Conocchia<br>   Movant<br><br>   vs.<br>NO RESPONDENT,<br>   Respondents | Bankruptcy No. 13-23025 JAD<br><br>Chapter 13<br><br>Related to Documents Nos. |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On July 23, 2018, at docket number 96, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Executed on September 11, 2018

                                             Respectfully submitted,
                                             /s/Mary Bower Sheats
                                             Mary Bower Sheats, Esquire
                                             PA I.D. #27911
                                             3300 Gulf Tower, 707 Grant Street
                                             Pittsburgh, PA 15219
                                             (412) 471-5931
                                             mbsheats@fgbmp.com

**PAWB Local Form 24 (07/13)**