## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARCELLA S. CONOCCHIA<br><br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>MARCELLA S. CONOCCHIA<br><br><br>    Respondents | Bankruptcy No.13-23025-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 99 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 10th day of September, 2018, it is hereby ORDERED, ADJUDGED and DECREED that,

>Lowes Home Centers Inc
>Attn : Payroll Manager
>1605 Curtis Bridge Road
>Wilkesboro,NC 28697

is hereby ordered to immediately terminate the attachment of the wages of MARCELLA S. CONOCCHIA, social security number XXX-XX-3435. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARCELLA S. CONOCCHIA.

_____ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
9/10/18 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-23025-JAD
Marcella S. Conocchia                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch          Page 1 of 1          Date Rcvd: Sep 10, 2018
                              Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
db             +Marcella S. Conocchia,    P.O. Box 517,   151 Conocchia Lane,    Harwick, PA 15049-8988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp            +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 02:12:31      Lowe's Home Centers, Inc.,
                 Attn: Payroll,   1605 Curtis Bridge Road,   Wilkesboror, NC 28697-2263
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2004-2, Asset-Backed Certificates, Series 2004-2
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Mary Bower Sheats    on behalf of Debtor Marcella S. Conocchia mbsheats@fgbmp.com,
               mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Bank of the West pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    Bank of the West swinneg@udren.com, cblack@udren.com
                                                                                             TOTAL: 10