IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Marcella S. Conocchia )<br> )<br>    Debtor )<br>_____ ) | Case No.:  13-23025 JAD<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br> )<br>    Movant, )<br>      Vs. )<br> )<br>LVNV Funding, LLC its successors and )<br>Assigns as assignee of CVF Consumer )<br>Acquisition Company )<br> )<br>    Respondent(s) ) | Related to Claim No. 10 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON TRUSTEE'S OBJECTION TO CLAIM NO. 10**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than October 15, 2018, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    A hearing will be held on November 2, 2018, at 11:00 a.m. by Chief Judge Jeffery A. Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219. Only limited time of 10 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| 9-14-2018<br>date | Ronda J. Winnecour (PA I.D. #30399)<br>Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |