**Form 235**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

115 − 48, 93, 94
jhel

In re: : Bankruptcy Case No.: 13−23025−JAD
:
: Chapter: 13
: Issued per the September 13, 2018 Proceeding

**Marcella S. Conocchia**
    Debtor(s)


### ORDER OF COURT CONFIRMING PLAN
### AND SETTING DEADLINES FOR CERTAIN ACTIONS


*(1.)    PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that the Plan dated July 18, 2018 is CONFIRMED. A copy of this plan was previously mailed to you.


*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.


*(3.)    IT IS FURTHER ORDERED THAT:*

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: September 26, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-23025-JAD
Marcella S. Conocchia                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                  Page 1 of 3                  Date Rcvd: Sep 26, 2018
                              Form ID: 235                Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
```
db         +Marcella S. Conocchia,    P.O. Box 517,    151 Conocchia Lane,    Harwick, PA 15049-8988
r          +Nancy Dorn,    Coldwell Banker Real Estate,    9600 Perry Highway,    Pittsburgh, PA 15237-5552
13684151    AR Resources, Inc.,    PO B 1056,    Blue Bell, PA 19422-0287
13684148    Alle-Kiski Medical Center,    PO Box 951871,    Cleveland, OH 44193-0020
13677143   +Allegheny Valley Hospital,    PO Box 99400,    Louisville, KY 40269-0400
13677142    Allegheny Valley Hospital,    PO Box 3475,    Toledo, OH 43607-0475
13984558   +Allegheny Valley School District (Springdale Towns,    Keystone Collections Group,
             c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13684152    Bank Of The West,    PO Box 4024,    Alameda, CA 94501-0424
13684155   +Charles B. Jarvie Funeral Home,    801 Pittsburgh Street,    Springdale, PA 15144-1698
13684156    Chase,    2210 Enterprise Drive,    Florence, SC 29501-1109
13677145    Chase,    PO Box 24696,    Columbus, OH 43224-0696
13677146    Chase,    PO Box 469030,    Glendale, CO 80246-9030
13684158    Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
13677147    Chase (FL5-7734),    PO Box 44090,    Jacksonville, FL 32231-4090
13715460   +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
13697031   +Deer Lakes School District,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
             546 Wendel Rd.,    Irwin, PA 15642-7539
13697032   +East Deer Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
             Irwin, PA 15642-7539
13677149   +HSBC Bank,    Nevada, NA,    PO Box 5253,    Carol Stream, IL 60197-5253
13684164    JSO Associates In Pathology And Lab Med,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
13677151   +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
13684166    M.K. Varindani MD PC,    PO Box 38065,    Pittsburgh, PA 15238-8065
13684167   +Medicredit Corporation,    PO Box 580381,    Charlotte, NC 28258-0381
13684168   +Mt. Airy Cemetery (MS West),    2800 Old Freeport Road,    Natrona Heights, PA 15065-1900
13677152    NCO Financial Systems Inc.,    PO Box 13570,    Phila, PA 19101
13684170    Partners In Nephro And Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
13677153    Pennsylvania Department Of Revenue,    Bureau Of Compliance,    PO Box 280948,
             Hbg, PA 17128-0948
13684172    Polam And Associates,    1111 Lowry Ave. Bldg. A,    Jeannette, PA 15644-3063
13678988   +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13677154   +Santander Consumer USA Inc.,    5201 Rufe Snow Drive,    North Richland Hills, TX 76180-6036
13677155   +Spartan Financial Services,    13730 S. Point Blvd.,    Charlotte, NC 28273-7715
13984559   +Springdale Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
             546 Wendel Rd.,    Irwin, PA 15642-7539
13684176   +State Collection Service Inc.,    2509 S. Stoughton Road,    Madison, WI 53716-3314
13677156    State Collection Service, INc.,    PO Box 1022,    Wixom, MI 48393-1022
14089070   +U.S. Bank National Assoc., as Trustee,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
             OH4-7142,    Columbus, OH 43219-6009
14421457   +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
             3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13684179    UPMC St. Margaret Physician Services,    417 Bridge St.,    Danville, VA 24541-1403
13684178    Udren Law Offices, PC,    111 Woodcrest Road, Ste. 200,    Cherry Hill, NJ 08003-3620
13684181   +West Penn Allegheny Health System,    2 Allegheny Center, 6th Floor,    Pgh, PA 15212-5402
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
intp        +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 03:11:45      Lowe’s Home Centers, Inc.,
             Attn: Payroll,    1605 Curtis Bridge Road,    Wilkesboror, NC 28697-2263
cr          E-mail/Text: peritus@ebn.phinsolutions.com Sep 27 2018 03:17:44
             Peritus Portfolio Services II,LLC assignee for NCE,    P.O. Box 141419,
             Irving, TX 75014-1419
13684147    +E-mail/Text: EBNProcessing@afni.com Sep 27 2018 03:16:42      Afni Inc.,    404 Brock Drive,
             Bloomington, IL 61701-2654
13677144    +E-mail/Text: bknotices@bankofthewest.com Sep 27 2018 03:16:46      Bank Of The West,
             2527 Camino Ramon,    San Ramon, CA 94583-4213
13684153     E-mail/Text: cms-bk@cms-collect.com Sep 27 2018 03:15:25      Capital Management Services, Inc.,
             698 1/2 Ogden St.,    Buffalo, NY 14206-2317
13684154     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 03:11:20      Capital One,
             PO Box 30281,    SLT, UT 84130-0281
13684160     E-mail/Text: bankruptcydept@wyn.com Sep 27 2018 03:17:04      Club Wyndham Plus Cash Management,
             PO Box 340090,    Boston, MA 02241-0490
13677150     E-mail/Text: cio.bncmail@irs.gov Sep 27 2018 03:15:19      Internal Revenue Service,
             1000 Liberty Avenue, Room 705,    Pittsburgh, PA 15222-3714
13714634     E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 27 2018 03:16:50      Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-9617
13753583     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 03:24:53
             LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
             LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13753585     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 03:25:37
             LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
             Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-2          User: jhel                  Page 2 of 3                    Date Rcvd: Sep 26, 2018
                              Form ID: 235                Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13753584         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 27 2018 03:24:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13684173         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 03:41:48
                 Portfolio Recovery Associates, LLC,    PO B 12914,   Norfolk, VA 23541
13687000         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2018 03:16:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14109171         E-mail/Text: peritus@ebn.phinsolutions.com Sep 27 2018 03:17:44
                 Peritus Portfolio Services II, LLC,    P.O. Box 141419,   Irving, TX 75014-1419
13684180         E-mail/Text: BKRMailOps@weltman.com Sep 27 2018 03:16:40     Weltman, Weinberg & Reis Co. LPA,
                 323 Lakeside Ave., Ste. 200,    Cleveland, OH 44113-1009
13677157        +E-mail/Text: bankruptcydept@wyn.com Sep 27 2018 03:17:04     Wyndham Vacation Resorts, Inc.,
                 Fairfield Resorts,   8427 South Park Circle Ste. 500,    Orlando, FL 32819-9060
                                                                                              TOTAL: 17

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Allegheny County
cr               Bank of the West
cr               U.S. Bank National Association, Et Al...
cr               U.S. Bank, National Association, as Trustee for th
13684150*       +Allegheny Valley Hospital,    PO Box 99400,   Louisville, KY 40269-0400
13684149*        Allegheny Valley Hospital,    PO Box 3475,   Toledo, OH 43607-0475
13684157*        Chase,   PO Box 469030,   Glendale, CO 80246-9030
13684159*        Chase (FL5-7734),   PO Box 44090,   Jacksonville, FL 32231-4090
13684161*       +Forman Holt Eliades Ravin & Youngman,    80 Route 4 East, Ste. 290,   Paramus, NJ 07652-2661
13684162*       +HSBC Bank,   Nevada, NA,   PO Box 5253,   Carol Stream, IL 60197-5253
13684163*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,   1000 Liberty Avenue, Room 705,
                 Pittsburgh, PA 15222-3714)
13684165*       +Keystone Collections Group,    546 Wendel Road,   Irwin, PA 15642-7539
13684169*        NCO Financial Systems Inc.,    PO Box 13570,   Phila, PA 19101
13684171*        Pennsylvania Department Of Revenue,    Bureau Of Compliance,   PO Box 280948,
                 Hbg, PA 17128-0948
13684174*       +Santander Consumer USA Inc.,    5201 Rufe Snow Drive,   North Richland Hills, TX 76180-6036
13684175*       +Spartan Financial Services,    13730 S. Point Blvd.,   Charlotte, NC 28273-7715
13684177*        State Collection Service, INc.,    PO Box 1022,   Wixom, MI 48393-1022
13684182*       +Wyndham Vacation Resorts, Inc.,    Fairfield Resorts,   8427 South Park Circle Ste. 500,
                 Orlando, FL 32819-9060
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,   Salt Lake City, UT 84115-4412
13677148       ##+Forman Holt Eliades Ravin & Youngman,    80 Route 4 East, Ste. 290,   Paramus, NJ 07652-2661
                                                                                 TOTALS: 4, * 14, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: jhel                  Page 3 of 3                  Date Rcvd: Sep 26, 2018
                               Form ID: 235                Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2004-2, Asset-Backed Certificates, Series 2004-2
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Mary Bower Sheats    on behalf of Debtor Marcella S. Conocchia mbsheats@fgbmp.com,
               mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Bank of the West pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    Bank of the West swinneg@udren.com,   cblack@udren.com
                                                                                             TOTAL: 10
```