IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Marcella S. Conocchia | : | Case No. 13-23025JAD |
|   Debtor | : | Chapter 13 |
| | : | Hearing Date: November 28, 2018 |
| Marcella S. Conocchia | : | At 11:00 a.m. |
|   Movants | : | Courtroom D, 54th Floor, 600 Grant St., |
| | : | Pittsburgh, PA 15219 |
| vs. | : | |
| NO RESPONDENT | : | Response Date: October 26, 2018 |
|   Respondents | : | |
| | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR POST-PETITION FINANCING

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **OCTOBER 26, 2018**, i.e., seventeen days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this letter to your lawyer at once.

**A hearing will be held on NOVEMBER 28, 2018 at 11:00 a.m., before Judge DELLER in Court Room D, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh PA 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of the fact, an evidentiary hearing will be scheduled at a later date by the Court. An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: OCTOBER 8, 2018

                                                  Respectfully submitted,
                                                  /s/ Mary Bower Sheats
                                                  Mary Bower Sheats, Esquire, PA ID # 27911
                                                  3300 Gulf Tower, 707 Grant Street
                                                  Pittsburgh, PA 15219
                                                  Phone (412) 471-5931
                                                  mbsheats@fgbmp.com