IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Marcella S. Conocchia ) | Case No.: 13-23025JAD |
|     Debtors ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 11 |
|     Movant, ) | |
|         ) | |
|      Vs. ) | |
| LVNV Funding, LLC its successors and ) | |
| Assigns as assignee of CVF Consumer ) | |
| Acquisition Company ) | |
|     Respondent(s) ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S OBJECTION TO CLAIM NO. 11**

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on September 14, 2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon.  Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than October 15, 2018.

10-16-2018                         /s/ Ronda J. Winnecour
                                        Ronda J. Winnecour
                                        Chapter 12 Trustee PA I.D.#30399
                                        U.S. Steel Tower- Suite 3250
                                        600 Grant Street
                                        Pittsburgh PA  15219
                                        cmecf@chapter13trusteewdpa.com