IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Marcella S. Conocchia<br><br>    Debtor<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br>  Vs.<br><br>LVNV Funding, LLC its successors and Assigns as assignee of CVF Consumer Acquisition Company<br><br>    Respondent(s) | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 13-23025-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 109<br><br>Re: Claim No. 11 |

ORDER OF COURT

AND NOW, this **19th** day of **October**, 2018, upon consideration of the Trustee's Objection to Claim No. 11 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 11 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_/s/ Jeffery A. Deller_ mas
Jeffery A. Deller
U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
  Marcella S. Conocchia
  Mary Bower Sheats, Esq.
  LVNV Funding, LLC
  Ronda J. Winnecour, Esq.
  Office of United States Trustee

FILED
10/19/18 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-23025-JAD
Marcella S. Conocchia                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Oct 19, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db             +Marcella S. Conocchia,    P.O. Box 517,    151 Conocchia Lane,    Harwick, PA 15049-8988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13753584       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2018 02:09:10
                LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                Company,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Bear Stearns Asset Backed Securities Trust 2004-2, Asset-Backed Certificates, Series 2004-2
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Mary Bower Sheats    on behalf of Debtor Marcella S. Conocchia mbsheats@fgbmp.com,
               mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Bank of the West pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    Bank of the West swinneg@udren.com, cblack@udren.com
                                                                                                 TOTAL: 10