IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| In re: | |
| Marcella S. Conocchia | Bankruptcy No. 13-23025-JAD |
| Debtor | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee, | Related To Doc. No. 111 |
| Movant, Vs. | Related to Claim No. 12 |
| LVNV Funding, LLC its successors and Assigns as assignee of CVF Consumer Acquisition Company | |
| Respondent(s) | |

ORDER OF COURT

AND NOW, this 19th day of October, 2018, upon consideration of the Trustee's Objection to Claim No. 12 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 12 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

Jeffery A. Deller
U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Marcella S. Conocchia
Mary Bower Sheats, Esq.
LVNV Funding, LLC
Ronda J. Winnecour, Esq.
Office of United States Trustee

FILED
10/19/18 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marcella S. Conocchia  
    Debtor

Case No. 13-23025-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Oct 19, 2018  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.  
db             +Marcella S. Conocchia,    P.O. Box 517,    151 Conocchia Lane,    Harwick, PA 15049-8988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13753584        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2018 02:08:53  
               LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,    Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587  
                                                                                                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:

          Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...  
           andygornall@latouflawfirm.com  
          James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-2, Asset-Backed Certificates, Series 2004-2 bkgroup@kmllawgroup.com  
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...    bkgroup@kmllawgroup.com  
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com  
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...    bkgroup@kmllawgroup.com  
          Mary Bower Sheats    on behalf of Debtor Marcella S. Conocchia mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Sherri J. Smith    on behalf of Creditor    Bank of the West pawb@fedphe.com,    sherri.braunstein@phelanhallinan.com  
          Stuart P. Winneg    on behalf of Creditor    Bank of the West swinneg@udren.com,    cblack@udren.com  
                                                                                                                                   TOTAL: 10