IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Marcella S. Conocchia<br><br>      Debtor<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>      Movant,<br>    Vs.<br><br>LVNV Funding, LLC its successors and Assigns as assignee of North Star Capital Acquisition LLC<br><br>      Respondent(s) | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 13-23025-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 113<br><br><br>Re: Claim No. 13 |

ORDER OF COURT

AND NOW, this <u>19th</u> day of <u>October</u>, 2018, upon consideration of the Trustee's Objection to Claim No. 13 and any responses thereto, it is hereby ORDERED that:

    (a) Claim Number 13 filed by the above captioned Respondent is disallowed in its entirety; and

    (b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____ mas
Jeffery A. Deller
U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Marcella S. Conocchia
    Mary Bower Sheats, Esq.
    LVNV Funding, LLC
    Ronda J. Winnecour, Esq.
    Office of United States Trustee

FILED
10/19/18 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marcella S. Conocchia  
    Debtor

Case No. 13-23025-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: gamr　　　Page 1 of 1　　　Date Rcvd: Oct 19, 2018  
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.  
db　　　　+Marcella S. Conocchia,　P.O. Box 517,　151 Conocchia Lane,　Harwick, PA 15049-8988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13753585　　　E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2018 02:08:53  
　　　　　　LVNV Funding, LLC its successors and assigns as,　assignee of North Star Capital,  
　　　　　　Acquisition LLC,　Resurgent Capital Services,　PO Box 10587,　Greenville, SC 29603-0587  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:  
    Andrew F Gornall　on behalf of Creditor　U.S. Bank National Association, Et Al...  andygornall@latouflawfirm.com  
    James Warmbrodt　on behalf of Creditor　U.S. Bank, National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2004-2, Asset-Backed Certificates, Series 2004-2 bkgroup@kmllawgroup.com  
    James Warmbrodt　on behalf of Creditor　U.S. Bank National Association, Et Al...  bkgroup@kmllawgroup.com  
    Jeffrey R. Hunt　on behalf of Creditor　Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
    Joshua I. Goldman　on behalf of Creditor　U.S. Bank National Association, Et Al...  bkgroup@kmllawgroup.com  
    Mary Bower Sheats　on behalf of Debtor Marcella S. Conocchia mbsheats@fgbmp.com, mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com  
    Office of the United States Trustee　ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour　cmecf@chapter13trusteewdpa.com  
    Sherri J. Smith　on behalf of Creditor　Bank of the West pawb@fedphe.com, sherri.braunstein@phelanhallinan.com  
    Stuart P. Winneg　on behalf of Creditor　Bank of the West swinneg@udren.com, cblack@udren.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10