IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Marcella S. Conocchia | : | Case No. 13-23025JAD |
|    Debtor | : | Chapter 13 |
| | : | Related to Document no. 118 |
| Marcella S. Conocchia | : | Hearing Date: November 28, 2018 |
|    Movants | : | At 11:00 a.m. |
| | : | Courtroom D, 54th Floor, 600 Grant St., |
|    vs. | : | Pittsburgh, PA 15219 |
| NO RESPONDENT | : | |
|    Respondents | : | Response Date: October 26, 2018 |
| | : | |

CERTIFICATION OF NO OBJECTION REGARDING
Motion to Approve post petition financing filed at document no. 118

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve post petition financing filed at document no. 118 filed on October 8, 2018_____ has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve post petition financing filed at document no.118, appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve post petition financing filed at document no. 118.
were to be filed and served no later than  _October 26, 2018____.

It is hereby respectfully requested that the Order attached to the Motion to Approve post-petition financing filed at document no. 118 be entered by the Court.

Dated__October  30, 2018_____          /s/Mary Bower Sheats
                                          Mary Bower Sheats, Esquire
                                          PA I.D. #27911
                                          1195 Washington Pike
                                          Suite 325
                                          Bridgeville, PA 15017
                                          (412) 281-7266
                                          Mary@mbsheatslaw.com

**PAWB Local Form 25 (07/13)**